**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6849**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAMIEN NELSON, a/k/a Griz, a/k/a Grizzle,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, District Judge. (3:95-cr-00051-nkm)

Submitted: July 20, 2007          Decided: August 2, 2007

Before TRAXLER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Damien Nelson, Appellant Pro Se. Nancy Spodick Healey, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damien Nelson appeals the district court's order denying his 18 U.S.C. § 3582(c) motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>United States v. Nelson</u>, No. 3:95-cr-00051-nkm (W.D. Va. May 10, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>